# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| PAUL BALLEW, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action File<br>) No. <u>1:13-CV-420</u> |
| NORFOLK SOUTHERN RAILWAY<br>COMPANY, | ) Judge Collier |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL

This cause came on to be heard by the Court, whereupon the parties, appearing by and through their attorneys, announced to the Court that all of the matters in issue and in controversy, existing by and between them, have been compromised and settled with the Plaintiff acknowledging the receipt of a valuable consideration. It is, accordingly,

ORDERED that this suit be and the same hereby is dismissed with prejudice.

Entered this _____ day of _____, 2015.

_____
**UNITED STATES MAGRISTRATE**

**APPROVED FOR ENTRY:**

HALL & LAMPROS,

BY: *Andrew Lampros, by C. Allen*
       *w/ permission*
Andrew Lampros, BPR No. 020167
1230 Peachtree St. NE
Suite 950
Atlanta, GA 30309
(404) 876-8100 - Telephone
(404) 876-3477 – Facsimile
Attorneys for Plaintiff


LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

BY: *[signature]*
CRAIG R. ALLEN, BPR No. 009088
BENJAMIN T. REESE, BPR No. 023847
ROBERT E. CARDEN, BPR No. 30750
Tallan Building, Suite 500
200 W. Martin Luther King Blvd.
Chattanooga, TN 37402
(423) 265-0214 – Telephone
(423) 266-5490 – Facsimile
Attorneys for Defendant

{03636687.DOC}